

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00743-CR

Jana Brooke **BRAENDLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR1055
Honorable Christine Del Prado, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: October 25, 2023

DISMISSED FOR LACK OF JURISDICTION

Pursuant to a plea bargain, appellant was placed on community supervision in March 2022. On May 2, 2022, the State moved to revoke community supervision and enter an adjudication of guilt. On July 7, 2022, the trial court held a hearing. The judge's notes state that appellant pled true to a violation of a condition, but the trial court continued probation per agreement. The trial court did not enter a written order. On July 27, 2023, appellant filed a pro se notice of appeal.

The clerk's record does not contain a written order relating to the issue raised in appellant's notice of appeal. *See Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.—Dallas 1985, no pet.)

("The appellate court has no jurisdiction over the appeal of a cause without a copy of the judgment."). Moreover, this court lacks jurisdiction over appeals from orders modifying the conditions of community supervision. *See Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim. App. 2006). Accordingly, on August 31, 2023, we ordered appellant to show cause in writing no later than September 11, 2023 why this appeal should not be dismissed for lack of jurisdiction.

On September 11, 2023, appellant's counsel filed a motion requesting voluntary dismissal of this appeal. However, the motion violated Texas Rule of Appellate Procedure 42.2(a) in that it was not signed by appellant. Consequently, on September 14, 2023, we denied without prejudice the motion to voluntarily dismiss the appeal and ordered appellant to file an amended or supplemental motion in compliance with Rule 42.2(a) no later than September 29, 2023. Appellant did not file an amended or supplemental motion and did not otherwise respond to our show cause order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH